# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>OLGA AGUILAR (1),<br><br>      Defendant. | Case No. 19-CR-3615-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss the Indictment without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the Indictment against Olga Aguilar.

**IT IS SO ORDERED.**

Dated: October 28, 2019

                Cynthia Bashant
                United States District Judge